**OSHO INTERNATIONAL FOUNDATION,**
Appellant,

v.

**OSHO FRIENDS INTERNATIONAL,**
Appellee.

**No. 2009–1314.**

United States Court of Appeals, Federal Circuit.

June 19, 2009.

* Honorable James F. Holderman, Chief Judge, United States District Court for the District of Delaware, sitting by designation.

Mark I. Feldman, Gina Durham, DLA Piper U.S. LLP, Chicago, IL, for Appellee.

Sara Edelman, Davis & Gilbert, L.L.P., New York, NY, for Osho International Foundation.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).